# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

MARY TIPPEN,
       Plaintiff

      v.                               CASE NUMBER: 04-C-970

WISCONSIN DEPARTMENT OF
CORRECTION, MATTHEW FRANK,
JODINE DEPPISCH, CHARLES MORGAN,
SHARON ZUNKER, S.G. MERESS, M.D.,
STEVEN A. MAGOLINE, M.D.,
HOLLY MEIER, NURSE PEHLER,
NURSE KRUG, NURSE HEBEL,
NURSE ROCKOW, CORRECTIONAL
OFFICER JOHNS, CORRECTIONAL
OFFICER ENGERSALL, and CORRECTIONAL
OFFICER PETERSON,
       Defendants

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the defendants' motion for summary judgment (Docket No. 33) be and hereby is **granted**.

     **IT IS FURTHER ORDERED** that defendant Magoline's motion for summary judgment (Docket No. 62) be and hereby is **granted**.

     **IT IS FURTHER ORDERED** that defendant Magoline's "Motion to Dismiss Plaintiff's Claims Against Defendant, Steven Magoline, M.D., for Plaintiff's Failure to Obey the Rules and Order of the Court to File a Response to Defendant's Summary Judgment Motion," (Docket No. 82) be and hereby is **denied, as moot**.

| November 16, 2005 | SOFRON B. NEDILSKY |
|---|---|
| Date | Clerk |
| | s/ Jacki L. Koll |
| | (By) Deputy Clerk |